McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07-cr-188 DAD |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | COMPLAINT AND ORDER |
| v. | ) | |
| | ) | |
| ROBERT CHAD HARALSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

MOTION TO DISMISS

On May 3, 2007, this Court filed a complaint against the above-captioned defendant for unlawful flight to avoid prosecution and issued a warrant for his arrest.  The undersigned has been notified by the Federal Bureau of Investigation that the defendant was arrested on the warrant on May 25, 2007, and was thereafter transferred into the custody of local authorities.  The government now respectfully requests that the complaint be dismissed.

Dated:  June 29, 2007                    McGREGOR W. SCOTT
                                         United States Attorney


                              By:  /s/ Samantha S. Spangler
                                   Samantha S. Spangler
                                   Assistant U.S. Attorney

1

<u>Order</u>

Good cause appearing, the government's motion to dismiss the complaint for unlawful flight to avoid prosecution, filed in the above-captioned matter on May 3, 2007, is hereby DISMISSED.

IT IS SO ORDERED.

DATED: June 29, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/haralson0188.ord